UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR08-177-RSL |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| RICHARD A. JANSEN, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:   Conspiracy to Distribute Cocaine and Marijuana

<u>Date of Detention Hearing</u>:   June 11, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.   Defendant has been charged with a drug offense the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both

dangerousness and flight risk, under 18 U.S.C. §3142(e).

2.     Defendant is a Canadian citizen.  He is a co-owner of Scorpion Transport Services Ltd.  The Indictment charges that defendant worked with the conspiracy to provide a legitimate cover for the transport of marijuana across the international border.  The defendant was arrested on June 5 while he was allegedly observed transporting approximately 349 pounds of marijuana to a warehouse in Bellingham, as well as $50,000 in Canadian currency which the government alleges was meant to be paid as a bribe to a border inspector.  The government alleges that defendant is part of a sophisticated international drug trafficking organization and that approximately 7300 gross pounds of marijuana with a street value of $18 million and approximately 1300 gross pounds of cocaine with a street value of $12 million have been seized from drug trafficking operations conducted by the organization.  The government alleges a long-standing relationship between this defendant and the leaders of the organization.

3.     Although defendant has strong ties to the British Columbia community in which he lives, he has no ties to this District.  His employment is as co-owner of the transport company alleged to be involved in the drug conspiracy.

4.     Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody

pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 11th day of June, 2008.

_____
Mary Alice Theiler
United States Magistrate Judge